Case: 18-02728-TOM13

*Amended* U.C. 10/15/18

341 MEETING AND
CONFIRMATION HEARING
BENCH SHEET

341 Hearing: 08/15/2018
Confirmation Hearing: 09/27/2018

Debtor(s): BARRON, III, JAMES M
BARRON, ROBIN M.

XXX-CC-0525
XXX-CC-0012

# of previous Chapter 13 cases - 4
Southern Division:

UOmo – 1020 BW

Debtor Present at 341 meeting? (✓) Yes ( ) No

Previous discharges:

Attorney: ERIC HEATH JOHNSON, ATTORNEY

Attorney Present at 341 meeting? (✓) Yes ( ) No

Debtor Employer: US POSTAL SERVICES
D.O. Sent:   D.O. 07/12/2018

Joint Debtor Employer: DIOCESE OF BIRMINGHAM
D.O. Sent:

Petition Filed: 07/03/2018
Proposed Plan Payments: ~~974.00 BIWEEKLY~~
Latest plan filed: ~~07/03/2018~~ 9/28/18 #5 #36
Amended plan payment: $ 1654.10 weekly

CONFIRMATION: 1054 (✓) RECOMMENDED
                   ( ) NOT RECOMMENDED
$ ~~1520~~ ( ) Weekly   (✓) Bi-Weekly
            ( ) Semi-Monthly  ( ) Monthly
For 60 months pursuant to the plan.
Plan payments by (✓) Payroll Deduction ( ) Direct
( ) Composition Plan: _____ % to allowed nonpriority
    unsecured claims.
( ) Unsecured Pot Plan: _____ to allowed
    nonpriority unsecured claims.

Attorney fee distribution pursuant to:
Plan (✓)   Trustee recommendation ( )   Attorney agreed ( )

Total fee:            $ 3600
Amount paid prepetition: $ 450
First installment:    $ 1500
Balance to be paid:   $ 0 monthly for ___ months
Then:                 $ ___ monthly for ___ months
Then:                 $ ___ monthly for ___ months

Notes from Confirmation Hearing: _____
Debtor present? ( ) Yes ( ) No
Attorney present? ( ) Yes ( ) No
Other: _____

(✓) Enter Confirmation Order
341 MTG. CONCLUDED

AUG 15 2018  341 meeting continued to _____ Reason: _____

NOTES FOR CONFIRMATION ORDER:                                           119972.49
( ) Debtor orally moved in open court to amend plan payment amount and/or increase fixed payment(s).
( ) Claim Number _____ of _____ is to be paid direct and no disbursement through Trustee.
( ) _____ must file proof of claim for arrearage to receive disbursement from Trustee.
( ) Trustee's Objection to Confirmation and Motion to Dismiss is _____.
( ) Trustee's Objection to Claim of Exemptions is _____.
( ) Objection to Confirmation filed by _____ is _____.
(✓) Debtor proposes to pay the Chapter 13 case filing fee through the Chapter 13 Trustee pursuant to Local Rule 1006-1(c).

SPECIAL PROVISIONS:
7/3/2018

Case: 18-02728-TOM13    341 MEETING AND CONFIRMATION HEARING    Hearing Date: 08/15/2018
BENCH SHEET

## TO BE PAID THROUGH TRUSTEE

| Claim | Creditor Name | Adequate Protection Payment | Adequate Protection Payment Ends | Debt Listed | Amt Filed | Secured/ Priority | Interest Rate | Fixed Monthly Payment | Fixed Monthly Payment Begins |
|---|---|---|---|---|---|---|---|---|---|
| | ALABAMA CARDIOVASCULAR GI | | | 356.40 | | | | | |
| | ANESTHESIA GROUP EAST | | | 85.05 | | | | | |
| | ASHLEY FUNDING SERVICES LL | | | 24.63 | | | | | |
| | ASHLEY FUNDING SERVICES LL | | | 12.21 | | | | | |
| 2 | ASHLEY FUNDING SERVICES LL | | | 34.44 | 46.60 | | | | |
| | BIRMINGHAM HEART CLINIC | | | 225.32 | | | | | |
| | BIRMINGHAM RADIOLOGY GP | | | 49.56 | | | | | |
| | CAPITAL ONE | | | 304.94 | | | | | |
| | CAPITAL ONE | | | 1,255.55 | | | | | |
| | CENTER POINT FIRE DISTRICT | | | 677.50 | | | | | |
| | CHARTER COMMUNICATIONS | | | 917.19 | | | | | |
| | CUNNINGHAM PATHOLOGY | | | 10.20 | | | | | |
| | FIRST PREMIER BANK | | | 268.02 | | | | | |
| | LABCORP | | | 37.92 | | | | | |
| | LVNV FUNDING | | | 325.23 | | | | | |
| 1 | mod arrears OCWEN LOAN SERVICING | | | AP 56890.15 ~~47,000.00~~ 56890.15 s | | | | AP ~~870.00~~ 1050 | Cont 8/19 09/2019 AP x54 |
| | RIDOUTS BROWN SERVICE | | | 1,341.84 | | | | | |
| | ST VINCENTS EAST | | | 538.12 | | | | | |
| | ST VINCENT'S EAST | | | 22.83 | | | | | |
| | UROLOGY CENTERS OF ALABAN | | | 208.09 | | | | | |

Case 18-02728-TOM13    Doc 41    Filed 10/26/18    Entered 10/26/18 13:44:07    Desc Page 2 of 3

| Claim | Creditor Name | Adequate Protection Payment | Adequate Protection Payment Ends | Debt Listed | Amt Filed | Secured/ Priority | Interest Rate | Fixed Monthly Payment | Fixed Monthly Payment Begins |
|---|---|---|---|---|---|---|---|---|---|
| | WILLIAM SUMMERS MD | | | 153.25 | | | | | AP 1054 |
| | • • • • T O T A L • • • • | 0.00 | | 53,848.29 | 0.00 | | | ~~870.00~~ | |

CONTINUING CLAIMS

| Claim | Creditor Name | Continuing Payment | Continuing Payment Beginning |
|---|---|---|---|
| | OCWEN LOAN SERVICING | AP 1049.28 ~~1,102.07~~ | 8/2018 |

UNLISTED CLAIMS

3. ATT Mobility  745.65

DEBTS TO BE PAID DIRECT
  NONE